```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jenisa Angeles, on behalf of herself and all others similarly situated,

                              Plaintiff,

      -against-

Sylvane, Inc.,

                              Defendant.

1:20-cv-06527 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Thursday, October 22, 2020 at 10:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
            October 16, 2020

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge